# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

DARRYL PERNELL BUTLER,

    Plaintiff,

vs.

DANNY L. BENNETT, Deputy Warden;
DONOVAN JOHNS, Medical
Administrator, and JUDY EDGY,
Nurse Practitioner,

    Defendants.

CIVIL ACTION NO.: CV508-040

## ORDER

After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts the Magistrate Judge discredited his allegations of being in imminent danger of serious physical injury and erred in failing to find Plaintiff was in imminent danger of serious physical injury at the time he filed his Complaint. Plaintiff asserts Defendants were ordered to provide him with his diet on May 13, 2008, and, when he filed his Complaint merely three (3) days later on May 16, 2008, he was suffering from dizziness, *chronic* migraine headaches, irregular sleep, hunger, stomach cramps, and weight loss because of not having his required diet. (Emphasis supplied).

Plaintiff's Objections are without merit. While Plaintiff's allegations arguably state a colorable claim for relief, his allegations do not rise to the level of being in imminent

danger of serious physical injury at the time he filed his Complaint such that he should be allowed to proceed in this action without pre-paying his filing fee.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. Should Plaintiff wish to pursue his claims, he may re-submit his Complaint along with the $350.00 filing fee. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____August_____, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE